**DISMISS and Opinion Filed February 27, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00975-CV

**LAKEITH AMIR-SHARIF, Appellant**
**V.**
**QUICK TRIP CORPORATION, CHESTER CADIEUX III,**
**COREY VAUGHN, AND EMILY VALKNER, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13818**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Schenck
Opinion by Justice Lang

By letter dated December 19, 2017, the Court questioned its jurisdiction over this appeal because the clerk's record did not contain a final judgment or other appealable order. We instructed appellant to file a letter brief addressing our concern.

Generally, this Court has jurisdiction over final judgments and certain interlocutory orders as authorized by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all parties and claims. *See id.*

In a letter filed on January 23, 2018, appellant acknowledges receipt of this Court's December 19th letter. Appellant states in the letter that he has no knowledge of this appeal. Appellant has not shown there is a final judgment or other appealable order for this Court to review.

Accordingly, we dismiss the appeal for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

170975F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LAKEITH AMIR-SHARIF, Appellant

No. 05-17-00975-CV     V.

QUICK TRIP CORPORATION,
CHESTER CADIEUX III, COREY
VAUGHN, AND EMILY VALKNER,
Appellees

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-09-13818.
Opinion delivered by Justice Lang. Justices
Fillmore and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees QUICK TRIP CORPORATION, CHESTER CADIEUX III, COREY VAUGHN, AND EMILY VALKNER recover their costs of this appeal from appellant LAKEITH AMIR-SHARIF.

Judgment entered this 27th day of February, 2018.